PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **John DeSalvo**                              Docket No. **24-cr-200-BRM**

### Petition for Action on Conditions of Pretrial Release

COMES NOW NICHOLAS ZOTTI SENIOR PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, **John DeSalvo**, who was placed under pretrial release supervision by the **HONORABLE ANDRE M. ESPINOSA** sitting in the Court at **Newark, New Jersey**, on August 23, 2023, under the following conditions:

1. $100,000 unsecured appearance bond.
2. Pretrial Services Supervision.
3. The defendant shall be released into the third-party custody of his father, Dennis DeSalvo.
4. Surrender all passports/travel documents. Do not apply for new travel documents.
5. Travel restricted to New Jersey, unless otherwise approved in advance by Pretrial Services
6. Substance abuse testing and/or treatment as directed by Pretrial Services. The defendant shall participate in a telephonic phone screen, with a contracted treatment provider, and comply with any treatment recommendation.
7. If the defendant secures treatment through a private vendor, verification and a signed release form must be provided to Pretrial Services upon admission.
8. Mental health testing and/or treatment as directed by Pretrial Services
9. No contact with any co-conspirators, victims, or potential witnesses, unless in the presence of counsel.
10. The defendant is prohibited from solicitation for investments of funds of any kind, including, investments involving cryptocurrencies
11. Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, within 24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.
12. Defendant to report to U.S. Marshal Service for processing as directed.

On March 25, 2024 the defendant appeared before Your Honor for a plea hearing. The plea was accepted, and sentencing is scheduled on August 6, 2024.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **an alcohol abstinence condition.**

ORDER OF COURT

Considered and ordered this _____23_____ day
of _____May 2024_____ and ordered filed
and made a part of the records in the above
case.

_____
Honorable Brian R. Martinotti
United States District Judge

I declare under penalty of perjury that the
foregoing is true and correct.

Executed
on        May 23, 2024

_Nicholas Zotti_
NICHOLAS ZOTTI
Senior U.S. Pretrial Services Officer